UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD MCKENZIE,

        Plaintiff,

v.

SOCIAL SECURITY COMMISSIONER,

        Defendant.

                                       /

Case No. 14-14856

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

**ORDER ADOPTING REPORT AND RECOMMENDATION [15]; GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [13]; AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [12]**

On November 30, 2015, Magistrate Judge Morris issued a Report and Recommendation [15] on the Plaintiff's Motion for Summary Judgment [12] and Defendant's Motion for Summary Judgment [13]. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [15] Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

1

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [13] be **GRANTED** and Plaintiff's Motion for Summary Judgment [12] be **DENIED**.

**SO ORDERED**.

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [13] be **GRANTED** and Plaintiff's Motion for Summary Judgment [12] be **DENIED**.

                                                s/Arthur J. Tarnow
                                                Arthur J. Tarnow
Dated: February 5, 2016          Senior United States District Judge